United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIR MOHAMMAD HAIDARI,<br>Plaintiff,<br>v.<br>FAY FELICITAS, et al.,<br>Defendants. | Case No. 25-cv-10710-EKL<br><br>**ORDER REGARDING SERVICE OF AMENDED SUMMONS**<br><br>Re: Dkt. Nos. 18, 24 |

The Court previously granted Plaintiff's application to proceed *in forma pauperis* and directed Plaintiff to file a second amended complaint along with a proposed summons. *See* ECF Nos. 13, 15. Plaintiff thereafter filed a proposed summons, but it was returned as unexecuted due to a clerical error with the addresses provided. *See* ECF Nos. 20-22. Now before the Court are Plaintiff's administrative motions to correct the proposed summons and to proceed with service. Plaintiff has filed an amended proposed summons at ECF No. 23 that corrects the clerical error.

Having reviewed Plaintiff's filings, the Court GRANTS the administrative motions. Accordingly, the Clerk of Court shall issue the summons filed at ECF No. 23. The U.S. Marshal shall serve, without prepayment of fees, the summons, a copy of the second amended complaint, any attachments, and this Order upon Defendants.

Additionally, because Defendants have not been served, the initial case management conference scheduled for October 7, 2026, is CONTINUED to January 6, 2027, at 1:30 p.m. via Zoom video. The parties shall file a joint case management statement by December 16, 2026.

**IT IS SO ORDERED.**

Dated: October 5, 2026

Eumi K. Lee
United States District Judge